**Order entered December 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01250-CV

## MOMENTIS U.S. CORPORATION, Appellant

### V.

## SHELDON WEISFIELD AND WESLEY BISHOP, Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-13869**

## ORDER

The Court **GRANTS** the parties' December 9, 2013 joint motion to extend the deadlines

for briefs. We **ORDER** appellees to file their brief by December 12, 2013. Appellant's reply

brief is due by January 8, 2014.

/s/    ELIZABETH LANG-MIERS
        JUSTICE